ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendant Eldorado Resorts Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TAMMY LAFOND,<br><br>              Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida Corporation; AND DOES 1-50, inclusive,<br><br>              Defendants. | Case No.: 2:18-cv-01503-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS PARTIAL MOTION TO DISMISS PLAINTIFF TAMMY LAFOND'S COMPLAINT AS FOLLOWS: RETALIATION (COUNT III); TORTIOUS DISCHARGE (COUNT IV); AND TITLE VII DISCRIMINATION (COUNT V)**<br><br>***(FIRST REQUEST)*** |

      Pursuant to L.R. I.A. 6-1, 6-2, and L.R. 7-1, Plaintiff Tammy LaFond ("Plaintiff") and Defendant Eldorado Resorts Corporat. ("Defendant") (collectively, the "Parties"), by and through their respective counsel hereby stipulate and agree to extend the time for Defendant to file its Reply In Support of Its Partial Motion to Dismiss Plaintiff Tammy LaFond's Complaint as Follows: Retaliation (Count III); Tortious Discharge (Count IV); and Title VII Discrimination (Count V). With the reply being due on October 26, 2018, Nevada Day, an office holiday, defense

counsel's office is closed with few support staff available. Defendant therefore seeks one additional business day to finalize and complete the filing, which will be done on Monday, October 28, 2018. This requested extension of time is sought in good faith and not for purposes of causing any undue delay. The hearing on this matter is not set until November 19, 2018.

Dated this 26th day of October, 2018.

| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Eran Forster | /s/ Jill Garcia |
| Daniel R. Watkins | Anthony L. Martin |
| Brian S. Letofsky | Jill Garcia |
| Eran Forster | Amy L. Howard |
| 8215 South Eastern Avenue | 3800 Howard Hughes Parkway |
| Suite 265 | Suite 1500 |
| Las Vegas, NV 89123 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff Tammy LaFond* | *Attorneys for Defendants Eldorado Resorts Corporation* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE
Dated: October 29, 2018.

2